1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11   THE ESTATE OF DEVON RIDEOUT;            Case No.: 22-CV-278 JLS (WVG)
     and LESLIE WOODS,
12                                           **ORDER (1) RECUSING FROM CASE
                              Plaintiffs,    AND (2) REQUESTING
13                                           REASSIGNMENT**
     v.
14
     THE UNITED STATES OF AMERICA,
15
                              Defendant.
16

17

18        Presently before the Court is Plaintiffs The Estate of Devon Rideout and Leslie

19   Woods's Complaint (ECF No. 1).  The undersigned **HEREBY RECUSES** from this case

20   and **REQUESTS** that another District Judge be assigned.

21        **IT IS SO ORDERED.**

22   Dated:  March 2, 2022

23                                           Hon. Janis L. Sammartino
                                             United States District Judge
24

25

26

27

28

1

22-CV-278 JLS (WVG)