# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF DEVON RIDEOUT, by and through LESLIE WOODS as successor-in-interest; and LESLIE WOODS as an individual,<br><br>                       Plaintiffs,<br>  v.<br><br>THE UNITED STATES OF AMERICA,<br><br>                       Defendant. | CASE NO.  22cv278-JO (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**<br>**[ECF NO. 46]** |

    Currently pending before the Court is the parties' Joint Motion to Amend the Scheduling Order, which was filed on February 20, 2024.  (ECF No. 46.)  The parties explain that they have been diligent in exchanging written discovery but would like an additional 90 days to complete fact depositions.  (Id.)  They claim that, because of the nature of the claims, Plaintiffs needed to seek discovery requests from multiple federal agencies, which has stalled their progress in discovery.  (Id.)

Finding good cause, and after consulting with the chambers of the Honorable Jinsook Ohta, the Court hereby **GRANTS** the parties' Joint Motion and modifies the schedule as follows:

| Event | New Deadline |
|---|---|
| Fact discovery cut-off to complete depositions | May 23, 2024 |
| Deadline to submit confidential settlement briefs | May 22, 2024 |
| Mandatory Settlement Conference | May 29, 2024 at 9:30 a.m. in the chambers of Judge Berg. |
| Deadline to designate experts in writing: | June 20, 2024 |
| Deadline to designate rebuttal experts: | July 3, 2024 |
| Deadline for expert disclosures under Rule 26: | August 2, 2024 |
| Deadline for rebuttal expert disclosures: | August 16, 2024 |
| Deadline to complete all expert discovery: | September 18, 2024 |
| Pretrial motion cut-off date: | October 18, 2024 |
| Deadline to file Memoranda of Contentions of Fact and Law | January 21, 2025 |
| Deadline for pre-trial disclosures | January 21, 2025 |
| Deadline to meet and take action under Local Rule 16.1(f)(4) | January 28, 2025 |
| Plaintiffs to prepare proposed pre-trial order | February 4, 2025 |
| Deadline to serve and lodge final Proposed Final Pretrial Conference Order | February 11, 2025 |

1. All fact discovery must be completed by all parties by **May 23, 2024**. "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, **so that it may**

**be completed** by the cut-off date, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure. All interrogatories, requests for admission, and document production requests must be served by **March 25, 2024**.

      Counsel shall promptly and in good faith meet and confer about discovery disputes in compliance with Local Rule 26.1(a). All discovery motions must be filed within **30 days** of the event giving rise to the dispute. For oral discovery, the event giving rise to the dispute is the completion of the transcript of the relevant portion of the deposition. For written discovery, the event giving rise to the discovery dispute is the date of service of the response, **not** the date on which counsel reach an impasse in meet and confer efforts. If a party fails to provide a discovery response, the event giving rise to the discovery dispute is the date response was due.

      The Court's procedures for resolving discovery disputes are set forth in Magistrate Judge Michael S. Berg's Civil Chambers Rules, which are posted on the Court's website. **A failure to comply in this regard will result in a waiver of a party's discovery issue. Absent an order of the court, no stipulation continuing or altering this requirement will be recognized by the court.**

    2.    A Mandatory Settlement Conference shall be conducted on **May 29, 2024**, at **9:30 a.m.**, in the chambers of **Magistrate Judge Michael S. Berg** located at **221 West Broadway, second floor, San Diego, CA 92101**. All discussions at the Mandatory Settlement Conference will be informal, off-the-record, privileged, and confidential. Counsel for any non-English speaking party is responsible for arranging for the appearance of an interpreter at the conference.

        a.    **Personal Appearance of Parties Required**: All named parties, party representatives, claims adjusters for insured defendants, and the principal attorney(s) responsible for the litigation, must be present **in person** and prepared to discuss and resolve the case. Counsel appearing without their clients

(whether or not counsel has been given settlement authority) will be cause for immediate imposition of sanctions and may also result in the immediate termination of the conference.

   b. **Full Settlement Authority Required**:  A party or party representative with full settlement authority must be present at the conference. Retained outside corporate counsel must not appear on behalf of a corporation as the party representative who has the authority to negotiate and enter into a settlement.  A government entity may be excused from this requirement so long as the government attorney who attends the Mandatory Settlement Conference has (1) primary responsibility for handling the case, and (2) authority to negotiate and recommend settlement offers to the government official(s) having ultimate settlement authority.

   c. **Confidential Settlement Statements Required**:  By <u>May 23, 2024</u>, the parties shall submit directly to Magistrate Judge Berg's chambers (via hand delivery or by e-mail to the Court at efile_berg@casd.uscourts.gov), confidential settlement statements.  The statements are limited to ten (10) pages, plus an additional ten (10) pages of exhibits.  Each party's settlement statement must outline (1) significant facts established during discovery and the effect these facts have on the issues in the case; (2) counsel's insights regarding how best to reach settlement; (3) a **specific demand/offer for settlement**; and (4) any previous settlement negotiations or mediation efforts.  The Mandatory Settlement Conference statement **must not merely repeat** what was contained in the Early Neutral Evaluation conference brief or any earlier settlement brief.  To the extent specific discovery responses, portions of deposition testimony, or expert reports are pertinent to the Court's evaluation of the matter, these documents must be attached as exhibits.  Evidence supporting or refuting either party's claim for damages must also be identified and included as an exhibit.  A general statement, such as a party will "negotiate

in good faith," is **not** a specific demand or offer. The settlement statement should be submitted confidentially and need not be shared with other parties.

        d.    **Requests to Continue a Mandatory Settlement Conference**: Any request to continue the Mandatory Settlement Conference, or request for relief from any of the provisions or requirements of this Order, must be sought by a **written application**. **Absent good cause, requests for continuances will not be considered unless submitted in writing no fewer than seven (7) calendar days prior to the scheduled conference.**

**If the case is settled in its entirety before the scheduled date of the conference, counsel and any unrepresented parties must still appear in person, unless a written joint notice confirming the complete settlement of the case is filed no fewer than twenty-four (24) hours before the scheduled conference.**

       3.    The final Pretrial Conference is scheduled on the calendar of the **Honorable Jinsook Ohta** on **February 19, 2025** at **9:30 a.m.**

       4.    The Trial is scheduled to start on **February 24, 2025** at **8:30 a.m.**

       5.    The Court emphasizes that these trial dates are firm, absent a showing of good cause.

       6.    A telephonic attorneys-only Case Management Conference is set for **March 26, 2024**, at **9:30 a.m.** Plaintiff's counsel is to arrange and initiate the conference call. The telephone number for Judge Berg's chambers is (619) 557-6632.

       **IT IS SO ORDERED.**

Dated: February 26, 2024

                                                  Honorable Michael S. Berg
                                                  United States Magistrate Judge