1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| THE ESTATE OF DEVON RIDEOUT, by and through LESLIE WOODS as successor-in-interest; and LESLIE WOODS as an individual,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 22-CV-0278 JO MSB<br><br>**NOTICE OF SETTLEMENT** |
|---|---|

The parties, by and through their attorneys of record, herby notify the Court that they have agreed to settlement terms that are subject to the approval of the Attorney General or his designee.  The parties are in the process of requesting said approval and anticipate a response will be received within the next sixty (60) days.  If the settlement terms are approved, the parties anticipate filing a joint motion for dismissal shortly.

DATED: December 2, 2024

IREDALE & YOO, APC

s/ Eugene Iredale
EUGENE G. IREDALE
GRACE JUN
Attorneys for Plaintiffs

DATED: December 2, 2024

TARA K. MCGRATH
United States Attorney

s/ Michael Garabed
MICHAEL A. GARABED
Assistant United States Attorney
Attorneys for Defendant

**SIGNATURE ATTESTATION**

I certify that authorization for the filing of this document has been obtained from each of the signatories shown above and that all signatories concur in this filing.

DATED: December 2, 2024

s/ Michael Garabed
MICHAEL A. GARABED
Assistant United States Attorney